IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNISHA ENGLISH, | |
| Plaintiff, | 8:14-CV-111 |
| vs. | MEMORANDUM AND ORDER |
| FBI and US MARSHALL, | |
| Defendants. | |

    This matter is before the Court on its own motion. On August 13, 2014, the Court entered an order dismissing the plaintiff's claims and providing her until September 12, 2014, to file an amended complaint. Filing 8. The Court warned the plaintiff that failure to file an amended complaint by the deadline would result in the dismissal of this matter without further notice. Filing 8 at 5. The plaintiff has not filed an amended complaint or any other response to the Court's order.

    IT IS ORDERED:

1. For the reasons stated in the Court's Memorandum and Order of August 13, 2014 (filing 8), this case is dismissed.

2. A separate judgment will be entered.

Dated this 15th day of September, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge